UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

United States of America,                Criminal No. 3:03cr61LS

        Plaintiff,

        v.

LALA MAIA EDDIE ,

        Defendant,

        and

CINGULAR WIRELESS, LLC,

        Garnishee.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 3 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

**GARNISHEE ORDER**

    A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on December 5, 2005, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

    On August 17, 2005, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee withhold twenty five percent (25%) of defendant's disposable earnings and forward said payments to plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this 13th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE